IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02228-BNB

ROSHAWN MCCLAIN,

    Plaintiff,

v.

UNITED STATES ATTORNEY GENERAL,
UNITED STATES ATTORNEY,
COLORADO STATE,
UNITED STATES GOVERNMENT,
THE PEOPLE OF THE STATE OF COLORADO,
FEDERAL CREDIT UNION C,
U. S. BANK, and
DENVER COMMUNITY FEDERAL CREDIT UNION,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 0 2007

GREGORY C. LANGHAM
                 CLERK

## ORDER OF DISMISSAL

Plaintiff, Roshawn McClain, initiated the instant action by filing *pro se* a complaint and a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 (2006). Mr. McClain has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006).

On November 7, 2007, Magistrate Judge Boyd N. Boland ordered Mr. McClain to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The November 7 order warned Mr. McClain that if he failed to submit the amended complaint as directed within the time allowed, the complaint and the action would be dismissed without further notice.

Mr. McClain has failed within the time allowed to submit an amended complaint as directed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure within the time allowed to comply with the November 7, 2007, order for an amended complaint and for failure to prosecute.

DATED at Denver, Colorado, this __19__ day of __December__, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02228-BNB

Roshawn McClain
1155 Rosemary St., Apt. E
Denver, CO 80220

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/20/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk